UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

WILSON G. ALVAREZ and other similarly-situated individuals,

    Plaintiff,

vs.                          Case No. 2:07-cv-764-FtM-29SPC

THE BEST OF THE BEST CATERING, CORP.
d/b/a Best of the Best Distributors;
MANUEL ESPINOZA individually,

    Defendants.
_____

**OPINION AND ORDER**

    This matter is before the Court on consideration of the Magistrate Judge's Report and Recommendation (Doc. #30), filed September 9, 2008, recommending the parties' Joint Motion to Review and Approve FLSA Settlement and Dismiss Action With Prejudice (Doc. #28) be granted, the settlement be approved, and the case be dismissed with prejudice.  No objections have been filed and the time to do so has expired.

    After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation.  28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983).  In the absence of specific objections, there is no requirement that a district judge review factual findings *de novo*, Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject or modify, in

whole or in part, the findings and recommendations.  28 U.S.C. § 636(b)(1)(C).  The district judge reviews legal conclusions *de novo*, even in the absence of an objection.  See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994) (Table).

After conducting an independent examination of the file and upon due consideration of the Report and Recommendation, the Court accepts the Report and Recommendation of the magistrate judge and finds the settlement agreement to be fair and reasonable.

Accordingly, it is now

**ORDERED**:

1.  The Report and Recommendation (Doc. #30) is hereby **accepted** and **adopted.**

2.  The parties' Joint Motion to Review and Approve FLSA Settlement and Dismiss Action With Prejudice (Doc. #28) is **GRANTED** and the Confidential Settlement Agreement, Waiver, and General Release (Doc. #28, p. 4) is approved.

3.  The Clerk shall enter judgment dismissing the case with prejudice except as provided by the Confidential Settlement Agreement, Waiver, and General Release, terminate all deadlines, and close the case.

**DONE AND ORDERED** at Fort Myers, Florida, this __25th__ day of September, 2008.

_____
JOHN E. STEELE
United States District Judge

Copies:
Hon. Sheri Polster Chappell
United States Magistrate Judge

Counsel of Record
Unrepresented parties